```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12134
   LEWIS PRATT
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-8622
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/07/07 and confirmed on 10/26/07.

2. The case was converted to Chapter 7 after confirmation, 06/26/2008.

3. The Debtor paid a total of $ 5720.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 26548.32 | .00 | 5112.05 |
| AASTRO TITLE LENDERS LLC | SECURED VEHIC | 1000.00 | 23.85 | 291.67 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1398.78 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1160.54 | .00 | .00 |
| ERS | UNSECURED | 4864.98 | .00 | .00 |
| NICOR GAS | UNSECURED | 1213.75 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 454.55 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 107.39 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 98.20 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 27548.32 | 454.55 | 8843.64 | .00 | 36846.51 |
| PRINCIPAL PAID | 5403.72 | .00 | .00 | .00 | 5403.72 |
| INTEREST PAID | 23.85 | .00 | .00 | .00 | 23.85 |
| TOTAL PAID | 5427.57 | .00 | .00 | .00 | 5427.57 |

The Debtor's attorney, DEVONA & ASSOC          , was allowed $      .00 and was paid $     .00 .

The Trustee received $   292.43 .

Refunds to the Debtor totaled $     .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 09/11/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                               PAGE  2
        CASE NO. 07 B 12134 LEWIS PRATT
```